# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DURHAM, <br><br> Plaintiff, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No.: 2:17-cv-00596 - JLT <br><br> ORDER GRANTING PLAINTIFF'S OBJECTIONS TO THE PRETRIAL ORDER <br> (Doc. 56) |

The plaintiff has filed a document titled "objections" to the pretrial order. (Doc. 56) Rather, it appears to be a request to amend the pretrial order. The requests are reasonable and, therefore, they are **GRANTED**. The pretrial order is amended as follows:

1. The plaintiff adds as a disputed fact: "Whether FCA US LLC or its authorized repair facility failed to repair the 2012 Dodge Ram within a reasonable time or within 30 days;"

2. The plaintiff clarifies that Elk Grove's "Person Most Qualified" is Mick D'Angelo;

3. The plaintiff clarifies that Joint Exhibits Nos. 29 through 33 should be marked as the plaintiff's Exhibits;

4. The plaintiff adds Exhibit No. 35- Antoinette Gonzalez' Cell Phone Records in the matter of Julian Gonzalez Varela v. FCA US LLC, et al. Riverside Case No. RIC5104343 for impeachment purposes only;

///

1

5. The plaintiff withdraws Plaintiff's Exhibit Nos. 153 through 168.

The defense may file objections to these amendments to the pretrial order within ten days.

IT IS SO ORDERED.

Dated: __**May 3, 2019**__  　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE