**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian, (SBN 239349)
sd@hdmnlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 887-1333
Facsimile: (310) 887-1334

Attorneys for Plaintiff

**NIXON PEABODY LLP**
Jeanette Catuira Suarez (SBN 255141)
300 S Grand Ave Ste 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6000
Fax: (213) 629-6001

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY A. DURHAM,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00596-JLT<br><br>**JOINT STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER**<br><br>**(Doc. 58)** |

**JOINT STIPULATION TO CONTINUE TRIAL**

**TO THE COURT AND THE COUNSEL OF RECORD FOR EACH PARTY:**

Plaintiff TIMOTHY DURHAM and Defendant FCA US LLC (collectively the "Parties") by and through their respective counsel of record, stipulate as follows:

1. Trial is currently scheduled for June 24, 2019.
2. Plaintiff's lead trial counsel, Sepehr Daghighian, is unavailable for trial as a result of the circumstances surrounding the birth of child at the time of trial. Mr. Daghighian wife's due date is June 29, 2019.
3. Plaintiff first tried to alternative trial counsel to take on this matter but were unsuccessful.
4. Plaintiff is seeking a one-month continuance. Defendant is requesting the Court continue trial until October 2019.
5. For the foregoing reasons, the Parties respectfully request a continuance of current June 24, 2019 trial date. The Parties further request that all deadlines related to the trial date, including law and motion follow the new trial date, expect the discovery cut-off.

Dated: May 8, 2019                                  **KNIGHT LAW GROUP LLP**

                                                                      /s/ Sepehr Daghighian
                                                                      Sepehr Daghighian
                                                                      Attorneys for Plaintiff,
                                                                      TIMOTHY A. DURHAM

Dated: May 8, 2019                                  **NIXON PEABODY LLP**

                                                                        /s/ Jeanette Catuira Suarez
                                                                      Jeanette Catuira Suarez
                                                                      Attorneys for Defendant,
                                                                      FCA US LLC

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The trial is continued to **October 21, 2019** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 8, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE