# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DURHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No.: 2:17-cv-00596 - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 104) |

The parties report they had come to terms of settlement. (Doc. 104) They indicate they will seek dismissal of the action soon. <u>Id</u>. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss or the motion for attorneys; fees the action **SHALL** be filed **<u>no later than December 13, 2019</u>**;

2. All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

　　Dated: __October 18, 2019__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE